■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL MONROE, Appellant. [981 NYS2d 529]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered June 18, 2012, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him to a term of four years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of his right to appeal, we perceive no basis for reducing the sentence. Concur—Saxe, J.P., Moskowitz, DeGrasse, Feinman and Clark, JJ.